UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAROL A. DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|          v. | )  2:16-cv-00418-JDL |
| | ) |
| GLOBAL MONTELLO GROUP CORP., | ) |
| | ) |
|    Defendant. | ) |

**ORDER ON DISCOVERY DISPUTE**

Defendant objects to the Memorandum Decision and Order of the United States Magistrate Judge dated March 3, 2017 (ECF No. 11), and seeks production of the Plaintiff's health care records. *See* ECF No. 13. After careful consideration of the Magistrate Judge's Order and the Defendant's objection, I have made a de novo determination of the issues raised. I concur with the conclusions reached by the Magistrate Judge. Defendant's oral motion to compel production of discovery is **DENIED**, subject to the four conditions set out in the Magistrate Judge's order, namely:

1. The Plaintiff shall not pursue any claims for damages due to a medically diagnosable mental health condition;

2. The Plaintiff shall not rely on any medical or mental health experts, providers, or records to prove damages;

3. The Plaintiff shall not seek any damages based on hospitalizations or medical or mental health treatment or evaluation; and

4.  The Plaintiff shall not seek damages for emotional distress beyond that which would likely be felt by any healthy, well-adjusted person as a result of the causes of action that she continues to allege after the date of this order.

**SO ORDERED.**

Dated this 5th day of April 2017

                                                      /s/ Jon D. Levy  
                                                **U.S. DISTRICT JUDGE**